

# Missouri Court of Appeals
## Southern District

**APRIL 20, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33851

      Re:    HUMBERTO MONTANO,
             Petitioner-Respondent,
             v.
             STATE OF MISSOURI,
             DEPARTMENT OF SOCIAL SERVICES,
             CHILDREN'S DIVISION,
             Respondent-Appellant.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.    Case No.  SD33721

      Re:    STATE OF MISSOURI,
             Plaintiff-Respondent,
             v.
             MARK D. O'BRIEN,
             Defendant-Appellant.

2.    Case No.  SD34004

      Re:    STATE OF MISSOURI,
             Respondent,
             vs.
             ROBERT C. NALES,
             Appellant.